## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLINTON PAUL WAGUESPACK** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO.:  3:18-cv-01042-SDD-EWD** |
| **VERSUS** | * | |
| | * | **JUDGE SHELLY D. DICK** |
| | * | |
| **WESTLAKE CHEMICAL CORPORATION** | * | **MAGISTRATE JUDGE ERIN WILDER-DOOMS** |

### JOINT NOTICE OF SETTLEMENT

NOW COMES Plaintiff, Clinton Paul Waguespack, with the consent of Defendant, Westlake Chemical Corporation, respectfully represents that the above captioned and numbered cause has been tentatively resolved, in its entirety and as to all parties.  A formal Motion to Dismiss will follow and the parties request that they be given thirty (30) days to consummate said settlement.

Respectfully submitted:

/s/ Rusty Savoie
RUSTY SAVOIE (LSBA #25238)
A Professional Limited Liability Company
112 Innwood Dr., Suite F
Covington, LA  70433
Telephone:  (985) 898-3434
Facsimile:  (985) 898-3599
Email:  rusty@savoielaw.com
*Attorney for plaintiff, Clinton Paul Waguespack*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this 19th day of February, 2019 been forwarded to all counsel of record to this proceeding by electronic transmission by court.

/s/ Rusty Savoie
RUSTY SAVOIE (LSBA #25238)