UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CLINTON PAUL WAGUESPACK | CIVIL ACTION |
| VERSUS | 18-1042-SDD-EWD |
| WESTLAKE CHEMICAL CORPORATION | |

**ORDER**

**CONSIDERING** the *Notice of Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant are hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement with this Defendant is not consummated.

Signed in Baton Rouge, Louisiana on February 19, 2019.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 9.